UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE COFFMAN, | ) |
|       Plaintiff, | ) Case No.1:21-cv-00890-MN |
| v. | ) |
| ORBCOMM INC., JEROME B. EISENBERG, MARCO FUCHS, KAREN GOULD, DENISE GIBSON, MARC J. EISENBERG, TIMOTHY KELLEHER, and JOHN MAJOR, | ) JURY TRIAL DEMANDED |
|       Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 22, 2021

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*